PICKENS *v.* OLIVER, WARDEN.

No. 1076.  Decided June 10, 1968.

*George T. Davis* for petitioner.

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed further *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Supreme Court of California is vacated and the case is remanded to that court for further consideration in light of *Bruton* v. *United States,* 391 U. S. 123.  See *Roberts* v. *Russell, ante,* p. 293.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent for the reasons stated in MR. JUSTICE WHITE's dissenting opinion in *Bruton* v. *United States,* 391 U. S. 123, 138 (1968).